395 P.3d 336

**BANK OF AMERICA, N.A., Successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, Plaintiff-Appellee,**

v.

**Dianna Nalani KUPAHU, Defendant-Appellant**

and

**Hale Aupuni Community Association, Defendant-Appellee,**

and

**John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50; and Doe Governmental Units 1-50, Defendants**

**NO. CAAP-15-0000447**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 6, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-2882)

## SUMMARY DISPOSITION ORDER

Affirmed.